# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0649

_____

DARON DOWNING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
William Stone, Judge.

October 15, 2025

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROWE and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Daron Downing, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.